THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* SEVILLANO, DEFENDANT AND APPELLANT.

APPEAL from the District Court of San Juan, Section 2, in a Prosecution for Violation of Section 553 of the Penal Code.

No. 710.—Decided July 19, 1915.

Decided on the grounds of the opinion delivered in case No. 711, *People* v. *Garcia & Garcia, ante.*

*Mr. Jacinto Texidor* for the appellant.
*Mr. Salvador Mestre, fiscal,* for the respondent.

*Affirmed.*

Chief Justice Hernández and Justices Wolf, del Toro, Aldrey and Hutchison concurred.